UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D., | : |
| Plaintiff, | : CIVIL ACTION NO.: 20-cv-02967 (MMB) |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY, et al. | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

For the reasons stated in the accompanying memorandum of law, which is incorporated herein by reference, Defendants hereby move to dismiss the complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

KLEHR HARRISON HARVEY
BRANZBURG LLP

Dated: August 21, 2020

*/s/ Stephanie D. Wolbransky*
William A. Harvey (No. 25344)
Lisa A. Lori (No. 83814)
Stephanie D. Wolbransky (No. 326356)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Fax: (215) 568-6603
wharvey@klehr.com
llori@klehr.com
swolbransky@klehr.com
*Attorneys for Defendants*

PHIL1 9088087v.1