UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JOHN A. ABRAHAM, M.D., : | |
| : | Civil Action No. |
| Plaintiff, : | 20-cv-02967 (MMB) |
| : | |
| v. : | STIPULATION FOR |
| : | EXTENSION OF TIME |
| THOMAS JEFFERSON UNIVERSITY, et. al. : | |
| : | |
| Defendants : | |

--------X

Plaintiff John A. Abraham, M.D. and Defendants Thomas Jefferson University and Thomas Jefferson University Hospital, Inc., by and through their undersigned counsel, and subject to approval by the Court, hereby stipulate and agree as follows:

1. Per the Court's March 15, 2021, Memorandum and Order, Plaintiff may file an amended complaint ("Amended Complaint") in the above-referenced matter on or before March 29, 2021.

2. Plaintiff requests an extension of time for submission of his Amended Complaint. Defendants have consented to this extension of time.

3. Plaintiff's Amended Complaint shall be filed on or before April 12, 2021.

4. For the purposes of this Stipulation, facsimile or PDF signatures shall be deemed as originals.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

[SIGNATURES TO FOLLOW]

Respectfully Submitted,

Dated: New York, New York  
March 19, 2021

NESENOFF & MILTENBERG, LLP

By: *Cindy Singh*  
Andrew T. Miltenberg, Esq.  
Andrew T. Miltenberg, Esq.  
(*pro hac vice admission pending*)  
Stuart Bernstein, Esq.  
(*pro hac vice admission pending*)  
Cindy Singh, Esq.  
(*pro hac vice admission pending*)  
363 Seventh Avenue, Fifth Floor  
New York, New York 10001  
(212) 736-4500  
amiltenberg@nmllplaw.com  
sbernstein@nmllplaw.com  
csingh@nmllplaw.com

*Attorneys for Plaintiff*


Dated: Philadelphia, Pennsylvania  
March 22, 2021

KLEHR HARRISON HARVEY  
BRANZBURG LLP

By: _____  
William Harvey, Esq.  
Lisa A. Lori, Esq.  
Stephanie Wolbransky, Esq.  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
(215) 569-2700  
wharvey@klehr.com  
llori@klehr.com  
swolbransky@klehr.com

*Attorneys for Defendants*

Dated: Ardmore, Pennsylvania  
March 19, 2021

ROGERS COUNSEL

By: _____  
Lance Rogers, Esq.  
26 East Athens Avenue  
Ardmore, Pennsylvania 19003  
(610) 228-0222  
lance@rogerscounsel.com

*Attorneys for Plaintiff*


**It is SO ORDERED this 26th day of March, 2021.**


*s/ Michael M. Baylson, USDJ*

2