**VAN DER VEEN, O'NEILL, HARTSHORN & LEVIN**
**BY:   Bruce Castor, Jr.**
          **I.D. No. 46370**
          **1219 Spruce Street**
          **Philadelphia, PA 19107**
          **P: (215) 546-1000**
          **F: (215) 546-8529**          **ATTORNEY FOR PLAINTIFF**

---

| | | |
|---|---|---|
| ABRAHAM | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 2:20-cv-02967-MMB |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| Et al. | : | |
| | : | |
| Defendants | : | |

---

**PRAECIPE FOR WITHDRAWAL OF APPEARANCE**

*TO THE PROTHONOTARY:*

Kindly withdraw my appearance as Counsel for Plaintiff, John Abraham, in this matter.

                                                **VAN DER VEEN, O'NEILL, HARTSHORN & LEVIN**

                                                /s/ *Bruce Castor*
                                                BRUCE CASTOR, ESQUIRE
                                                Attorney for Defendant

Date:  April 13, 2021