## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D., | : |
| Plaintiff, | : CIVIL ACTION NO.: 20-cv-02967 (MMB) |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY, et al. | : |
| Defendants. | : |

### DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

For the reasons stated in the accompanying memorandum of law, which is incorporated herein by reference, Defendants hereby move to dismiss Plaintiff's First Amended Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

KLEHR HARRISON HARVEY
BRANZBURG LLP

Dated:  May 10, 2021

*/s/ Stephanie D. Wolbransky*
William A. Harvey (No. 25344)
Lisa A. Lori (No. 83814)
Stephanie D. Wolbransky (No. 326356)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Fax: (215) 568-6603
wharvey@klehr.com
llori@klehr.com
swolbransky@klehr.com
*Attorneys for Defendants*