UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. ABRAHAM, M.D., | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 20-cv-02967 (MMB) |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2021, upon consideration of the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") and any response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's First Amended Complaint is DISMISSED.

BY THE COURT:

_____

J.

PHIL1 9467178v.2