## **CERTIFICATE OF SERVICE**

I certify that, on May 10, 2021, I electronically filed the foregoing documents, along with the Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's First Amended Complaint, which were made available for viewing and downloading via the electronic case filing (ECF) system, and sent via electronic mail, to the following counsel of record:

Lance Rogers, Esq.
Rogers Counsel
26 E. Athens Avenue
Ardmore, PA 19003
lance@rogerscounsel.com

Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Cindy Singh, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue
Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
csingh@nmllplaw.com

*Attorneys for Plaintiff*

                                              */s/ Stephanie D. Wolbransky*
                                              Stephanie D. Wolbransky

PHIL1 9467210v.1