UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| JOHN A. ABRAHAM, M.D., | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 20-cv-02967 (MMB) |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |
| Defendants, | : | |

---

## ORDER

AND NOW this _____ day of _____, 2021, upon consideration of the Defendants' Motion to Dismiss First Amended Complaint ("Motion") and any response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____