## CERTIFICATE OF SERVICE

I certify that on June 14, 2021, I electronically filed the foregoing documents, i.e. Proposed

Order and Memorandum of Law in Opposition to Defendants' Motion to Dismiss First Amended

Complaint, which were made available for viewing and downloading via the electronic case filing

(ECF) system by:

**KLEHR HARRISON HARVEY BRANZBURG LLP**
William A. Harvey
Lisa A. Lori
Stephanie Wolbransky
1835 Market Street, Suite 1400
Philadelphia, PA19103
Telephone: 215-569-2700
Fax: 215-568-6603
wharvey@klehr.com
llori@klehr.com
swolbranksy@klehr.com
*Attorneys for Defendants*

**NESENOFF & MILTENBERG, LLP**

By: _*Andrew T. Miltenberg*___
Andrew T. Miltenberg
Stuart Bernstein
Cindy Singh
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Fax: (212)736-2260
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
csingh@nmllplaw.com

**ROGERS COUNSEL**

By: *Lance Rogers*
Lance Rogers
26 E. Athens Avenue
Ardmore, PA 19003
Telephone: (610) 228-0222
Fax: (610) 228-0222
lance@rogerscounsel.com
*Attorneys for Plaintiff*