IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. ABRAHAM, M.D. | CIVIL ACTION |
|---|---|
| v. | NO. 20-2967 |
| THOMAS JEFFERSON UNIVERSITY, et al. | |

**ORDER RE: MOTION TO DISMISS**

For the reasons stated in the foregoing Memorandum, the Court will **DENY** the Motion to Dismiss as to Plaintiff's Title IX discrimination claim (count 1) and tortious interference with business relations claim (count 6), and **GRANT** the Motion to Dismiss, with prejudice, as to Plaintiff's Title IX retaliation and remaining state law claims (counts 2–5).

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**Dated: September 9, 2021**          **MICHAEL M. BAYLSON, U.S.D.J.**

o:\civil 20\20-2967 abraham v thom jeff univ\20210909 order re mtd.docx