**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN A. ABRAHAM, M.D., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 20-cv-02967 (MMB) |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

**X**   The nongovernmental corporate party, Thomas Jefferson University Hospitals, Inc., in the above-listed civil action does not have any parent corporations and publicly held corporations that own 10% or more of its stock.

___   The nongovernmental corporate entity party, Thomas Jefferson University, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: _____.

Dated:  September 29, 2021

                                                     /s/ Stephanie D. Wolbransky
                                                     William A. Harvey
                                                     Lisa A. Lori
                                                     Stephanie D. Wolbransky
                                                     KLEHR HARRISON HARVEY
                                                     BRANZBURG LLP
                                                     1835 Market Street, Suite 1400
                                                     Philadelphia, PA 19103
                                                     (215) 569-2700
                                                     wharvey@klehr.com
                                                     llori@klehr.com
                                                     swolbransky@klehr.com

                                                     *Attorneys for Defendants, Thomas Jefferson*
                                                     *University and Thomas Jefferson University*
                                                     *Hospital, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN A. ABRAHAM, M.D., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 20-cv-02967 (MMB) |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2021, I served the foregoing Corporate Disclosure Statement on the following counsel, via ECF:

Andrew T. Miltenberg
Stuart Bernstein
Cindy Singh
Nesenoff & Miltenberg LLP
363 Seventh Ave., 5th Floor
New York, NY 10001

Lance Rogers
Rogers Counsel
26 E. Athens Avenue
Ardmore, PA 19003

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　 /s/ Stephanie D. Wolbransky　　　
　　　　　　　　　　　　　　　　　　　　　Stephanie D. Wolbransky

2

PHIL1 9698809v.1