IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D.<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>THOMAS JEFFERSON UNIVERSITY AND THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC.<br><br>　　　　　Defendants | Civil Action No. 2:20-cv-02967-MMB |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure, Local Rule of Civil Procedure 26.1(f), and Paragraph (C)(1) of the Court's Pretrial and Trial Procedures – Civil Cases, Plaintiff John A. Abraham, M.D. ("Plaintiff" or "Dr. Abraham") hereby file this Motion to Compel and, in support thereof, relies on and incorporates by reference its Memorandum of Law in Support of Plaintiff's Motion to Compel, which is being filed simultaneously herewith.

Date:　November 4, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ *Andrew Miltenberg*
　　　　　　　　　　　　　　　　　　　　　Andrew T. Miltenberg, Esq.
　　　　　　　　　　　　　　　　　　　　　Stuart Bernstein, Esq.
　　　　　　　　　　　　　　　　　　　　　Amy Zamir, Esq.
　　　　　　　　　　　　　　　　　　　　　NESENOFF & MILTENBERG, LLP
　　　　　　　　　　　　　　　　　　　　　363 Seventh Ave, 5th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　　(212) 736-4500
　　　　　　　　　　　　　　　　　　　　　amiltenberg@nmllplaw.com
　　　　　　　　　　　　　　　　　　　　　sbernstein@nmllplaw.com
　　　　　　　　　　　　　　　　　　　　　azamir@nmllplaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


　　　　　　　　　　　　　　　　　　　By: /s/ *Lance Rogers*
　　　　　　　　　　　　　　　　　　　　　Lance Rogers, Esq.
　　　　　　　　　　　　　　　　　　　　　ROGERS COUNSEL
　　　　　　　　　　　　　　　　　　　　　26 East Athens Avenue
　　　　　　　　　　　　　　　　　　　　　Ardmore, PA 19003
　　　　　　　　　　　　　　　　　　　　　lance@rogerscounsel.com
　　　　　　　　　　　　　　　　　　　　　*Local Counsel for Plaintiff*