

**Jefferson**
Philadelphia University +
Thomas Jefferson University

HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

June 27, 2018

Dear Dr. Phillips,

This letter is to serve as official Notice that my office has received today a report of an incident of alleged sexual assault that implicates Jefferson's Title IX machinery. The alleged behavior, if substantiated, would constitute a violation of the University's Sexual Misconduct Policy.

Specifically, it has been reported to my office that on or about the night of Saturday, June 23, 2018, you attended a party at the off-campus home of Dr. John Abraham ("the Respondent"), and that the Respondent engaged in non-consensual sexual intercourse with you that night.

It is determined that an investigation into these allegations will be conducted. You are given the opportunity to provide in writing, the name(s) of all person(s) who may be witnesses or who may have information concerning this allegation. A University representative will be assigned as your advisor and will assist you with the procedures regarding the investigation. I will provide you with the name and contact information for your advisor in the near future, and you should be aware that the advisor will contact you in the coming days. The advisor will help answer any questions that you may have regarding the complaint process. You are also entitled to have a support person who will serve the role for support, during the investigation and during any potential hearing (if the complaint proceeds to a hearing). The support person is for support only and does not have a speaking role. You may choose your support person. If you do not have one and choose to request one, the University will assign a support person to you.

Please contact me regarding any questions or concerns. You may also wish to submit to me a written statement about this incident. Your statement and any other information collected during the investigation will be used in the investigation. The deadline for submitting written information is five business days from the date of this letter, so the written statement or information is due by the close of business on Thursday, July 5, 2018.

It is highly recommended that you do not discuss this complaint with anyone, to allow the investigation to proceed without compromise. An investigator will be assigned by the University and will contact you shortly.

Please contact me at gingoldz@philau.edu or at 215.951.6830 with any questions.

Sincerely,

Zoe Gingold

Title IX Coordinator
Jefferson (Philadelphia University + Thomas Jefferson University)
East Falls Campus
Kanbar 102D
Phone: 215-951-6830
Fax:    215.951. 2770
gingoldz@philau.edu

Certification Due Date: 04/12/2021
Response Date: 04/19/2021
Case ID: 190606650
Control No.: 21040422