IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D.<br><br>    Plaintiff<br><br>  v.<br><br>THOMAS JEFFERSON UNIVERSITY AND THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC.<br><br>    Defendants | Civil Action No. 2:20-cv-02967-MMB |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of

Plaintiff's Motion to Compel Defendants' Full and Complete Production of Documents, and any response thereto, it is hereby ORDERED and DECREED that Defendants shall produce to Plaintiff all responsive documents requested in the Plaintiff's First Demand for Documents within ten (10) days from the date of this Order;

It is further ordered that the deadline to complete fact discovery be continued to 45 days after the complete production of responsive documents by Defendants.

                     BY THE COURT:

                     _____
                     The Honorable Michael M. Baylson