IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. ABRAHAM<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY &<br>THOMAS JEFFERSON UNIVERSITY<br>HOSPITALS, INC. | CIVIL ACTION<br><br>NO. 20-2967<br><br>DATE OF NOTICE: November 9, 2022 |
|---|---|

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE RE: MOTION TO COMPEL (DOC. NO. 40)** will be held on **TUESDAY, NOVEMBER 15, 2022 AT 3:00 P.M.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Amanda Frazier
_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520