**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN A. ABRAHAM,<br><br>    **Plaintiff,**<br> v.<br><br>THOMAS JEFFERSON UNIVERSITY and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br><br>    **Defendants.** | Civil Action No. 2:20-02967 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Plaintiff, John Abraham, M.D. as attorneys Lane Jubb, Esq and Andrew Marth, Esq. were previously substituted as counsel for the Plaintiff.
.

    **NESENOFF & MILTENBERG LLP**

    By: */s/ Andrew Miltenberg*
    Andrew Miltenberg, Esq.
    *admitted pro hac vice*
    363 Seventh Avenue, 5th Floor
    New York NY 10001
    Phone: (212) 736-4500
    amiltenberg@nmllplaw.com