**CERTIFICATE OF SERVICE**

I, Andrew M. Marth., Esquire, do hereby certify that a true and correct copy of the foregoing was served via electronic filing upon the following:

Klehr, Harrison, Harvey, Branzburg, LLP
Lisa A. Lori, Esquire
Stephanie Wolbransky, Esquire
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
*Attorneys for Thomas Jefferson University and
Thomas Jefferson University Hospitals, Inc.*

/s/ *Andrew M. Marth*
ANDREW M. MARTH, ESQUIRE

Dated: 1 December 2023