# United States District Court
# Eastern District of Pennsylvania

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:20–cv–02967

ABRAHAM v. THOMAS JEFFERSON UNIVERSITY et al

| | |
|---|---|
| Office : | 2   Philadelphia |
| Case Type : | cv |
| Case Number : | 2:20–cv–02967 |
| Case Title : | ABRAHAM v. THOMAS JEFFERSON UNIVERSITY et al |
| Session Date/Time : | Time unavailable |
| Audio File Name : | Civil_Jury_Trial_Day_3.mp3 |
| Audio File Size : | 187.8 MB |
| Audio Run Time : | Time unavailable |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, first save the file to your device, and then open it in Adobe and click the Attachments tab or the Paper Clip icon on the left. Select the Audio File and click Open.

**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official except those made from the records certified by the reporter or other individual designated to produce the record."