IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D.<br>*Plaintiff,*<br>   v.<br><br>THOMAS JEFFERSON UNIVERSITY and<br>THOMAS JEFFERSON UNIVERSITY<br>HOSPITALS, INC.<br>*Defendants.* | :<br>:<br>:<br>:<br>: No. 2:20-cv-02967-MMB<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANTS' PRAECIPE TO ATTACH EXHIBIT 1 TO EMERGENCY MOTION FOR A BRIEF CONTINUANCE

Kindly attach the attached Exhibit 1 to Defendants' Emergency Motion for a Brief Continuance which was filed today as document 123 on the court's docket.

                   Respectfully submitted,

                   KLEHR HARRISON
                   HARVEY BRANZBURG LLP

Dated: December 8, 2023      By: */s/ Stephanie D. Wolbransky*
                   William A. Harvey
                   Lisa A. Lori
                   Stephanie D. Wolbransky
                   1835 Market Street, Suite 1400
                   Philadelphia, PA 19103
                   Ph  (215) 569-2700
                   Fax (215) 568-6603
                   wharvey@klehr.com
                   llori@klehr.com
                   swolbransky@klehr.com

                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Stephanie D. Wolbransky, hereby certify that I caused a true and correct copy of Defendants' Praecipe to Attach Exhibit 1 to Emergency Motion for A Brief Continuance to be served on all counsel of record via the Court's ECF system.

Dated: December 8, 2023 /s/ *Stephanie D. Wolbransky*
Stephanie D. Wolbransky