IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. ABRAHAM, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | NO. 20-2967 |

## CIVIL JUDGMENT

AND NOW, this 11th day of December, 2023, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment is entered in favor of Plaintiff and against Defendants, Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. in the amount of $15,000,000.00.

The Clerk shall close this case.

BY THE COURT:

ATTEST: /s/ Lori K. DiSanti
_____
Lori K. DiSanti
*Deputy Clerk to Judge Baylson*

Civ 1 (4/21)
O:\CIVIL 20\20-2967 Abraham v Thom Jeff Univ\20cv2967 Civil Judgment Order.docx