IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. ABRAHAM<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY & THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | CIVIL ACTION<br><br>NO. 20-2967 |
|---|---|

## ORDER RE TRIAL EXHIBITS

AND NOW this 6th day of February, 2024, it is ORDERED:

The Court requires a paper copy of exhibits admitted into evidence at trial, which should be all exhibits which were provided to the jury for their deliberations. Counsel shall assemble their own exhibits and have them delivered to Chambers, with a list by number as promptly as possible, with service on the opposing party, no later than February 9, 2024.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-2967 Abraham v Thom Jeff Univ\20cv2967 order re trial exh.docx