IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. ABRAHAM<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY & THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | CIVIL ACTION<br><br>NO. 20-2967 |
|---|---|

## ORDER

AND NOW this 15th day of February, 2024, upon consideration of Defendants' Motion for Extension of Time (ECF 163) it is ORDERED that the Motion is GRANTED in part and DENIED in part as follows:

1. The Defendants shall have until **4:00 p.m. on February 20, 2024** to file their reply brief to the Motion for New Trial (ECF 153);

2. The Defendants must file their reply brief to the Motion for Judgment on the Pleadings (ECF 152) **no later than February 16, 2024** as previously set in the December 13, 2023 order.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-2967 Abraham v Thom Jeff Univ\20cv2967 order re defs mot for ext of time 02152024.docx