IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. ABRAHAM<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY & THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | CIVIL ACTION<br><br>NO. 20-2967 |
|---|---|

### ORDER RE: POST TRIAL MOTIONS

**AND NOW** this 14th day of March, 2024, upon review of Defendants Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.'s ("Defendants") Motion for Judgment as a Matter of Law (ECF 152) and Motion for New Trial (ECF 153), and the responses, replies and supplemental briefs thereto (ECFs 156, 161, 165-166, 176-177), it is

**ORDERED**:

1. Defendants' Motion for Judgment as a Matter of Law on Plaintiff's Title IX Claim is **DENIED**;

2. Defendants' Motion for Judgment as a Matter of Law on Plaintiff's Tortious Interference with Contractual Relations Claim is **GRANTED**;

3. Defendants' Motion for New Trial on Plaintiff's Title IX Claim is **GRANTED**.

4. The Judgment entered in favor of Plaintiff and against Defendants in the amount of $15,000,000.00 (ECF 133) is **VACATED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-2967 Abraham v Thom Jeff Univ\20cv2967 Order re Post-Trial Motions.docx