IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. ABRAHAM, M.D.<br><br>        Plaintiff<br><br>    v.<br><br>THOMAS JEFFERSON UNIVERSITY AND THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.<br><br>        Defendants | Civil Action No. 2:20-cv-02967-MMB |

**JOINT STATUS REPORT**

    Plaintiff, John A. Abraham, M.D. and Defendants, Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc., by and through their undersigned counsel, hereby provide the following joint status report regarding their progress towards settlement in accordance with the Court's April 24, 2024 Order (ECF No. 190).

    The parties have met several times and exchanged proposals and counter-proposals, beginning before the matter was transferred to Your Honor. The most recent counter-demand from Plaintiff was made on April 30, 2024. Defendants responded to that demand on May 2, 2024, by increasing what had been a prior offer made on April 25, 2024. On May 7, 2024, in response, Plaintiff's counsel withdrew the prior demand of April 30, 2024 and reverted to Plaintiff's prior demand for the amount previously identified by Defendants as the remaining limits of their primary insurance policy.

    The parties hope the settlement conference with the Court will be productive.

**[signatures are on the following page]**

Respectfully submitted,

| **THE BEASLEY FIRM, LLC** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
|---|---|

By: /s/ *Andrew M. Marth*
    Lane R. Jubb, Jr., Esq.
    Andrew M. Marth, Esq.
    1125 Walnut Street
    Philadelphia, PA 19107
    Telephone: 215.592.1000
    Andrew.marth@beasleyfirm.com
    Lane.Jubb@beasleyfirm.com
    *Attorneys for Plaintiff*

By: */s/Stephanie D. Wolbransky*
    William A. Harvey
    Lisa A. Lori
    Stephanie D. Wolbransky
    1835 Market Street | Suite 1400
    Philadelphia, Pennsylvania 19103
    Telephone:  215-569-2700
    wharvey@klehr.com
    llori@klehr.com
    swolbransky@klehr.com

COZEN O'CONNOR

By: */s/ Brian P. Flaherty*
    Brian P. Flaherty
    Jason A. Kurtyka
    One Liberty Place
    1650 Market Street | Suite 2800
    Philadelphia, PA 19103
    Telephone: 215-665-4647
    bflaherty@cozen.com
    jkurtyka@cozen.com

*Attorneys for Defendants, Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.*

Dated: May 8, 2024