IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. ABRAHAM | : | CIVIL ACTION |
| v. | : | |
| | : | No. 20-cv-2967 |
| THOMAS JEFFERSON UNIVERSITY et al. | | |

## ORDER

AND NOW, this 16th day of July 2024, it is further **ORDERED** that counsel of record in the above-captioned case are permitted to purchase and receive a copy of the sealed audio recording from the in-court settlement conference, which was held on May 15, 2024 in courtroom 11-B.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:   Counsel
       Transcription Dept.